UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-133 |
| | ) | (Phillips) |
| NATHANIEL MAURICE PARKER | ) | |

## MEMORANDUM AND ORDER

On February 14, 2011, the Honorable C. Clifford Shirley, United States Magistrate Judge, filed a Report and Recommendation ("R&R") [Doc. 24] in which he recommended to deny Defendant's Motion to Suppress Evidence [Doc. 17]. The parties appeared before Judge Shirley for an evidentiary hearing on January 14, 2011. On February 14, 2011, Judge Shirley filed the R&R [Doc. 24]. On March 14, 2011, Defendant filed objections to the R&R.[1] [Doc. 27]. The Government filed its response on March 18, 2011. [Doc. 28].

This matter is presently before the Court on Defendant's timely objections to the R&R [Doc. 27]. As required by 28 U.S.C. § 636(b)(1), the Court has now undertaken a *de novo* review of those portions of the R&R [Doc. 24] to which Defendant objects.

Having reviewed the record, the Court finds itself in complete agreement with Judge Shirley's thorough and well-reasoned analysis of the legal issues. Consequently, Defendant's objections [Doc. 27] will be **OVERRULED**, and the R&R [Doc. 24] will be **ACCEPTED IN**

---

[1] Defendant's objections are timely because he was granted an extension to file objections to the R&R up to and including March 14, 2011. [Doc. 26].

1

**WHOLE**. Accordingly, for the reasons articulated by Judge Shirley in the R&R [Doc. 24], Defendant's Motion to Suppress Evidence [Doc. 17] will be **DENIED**.

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge